# EXHIBIT "A"

EXHIBIT.1

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JUNE 2025**   **03394**
E-Filing Number: 2506063502

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| GARY COHEN | STADIUM CASINO RE, LLC, ALIAS: LIVE CASINO & HOTEL PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 246 TRESANA BOULEVARD UNIT 80 JUPITER FL 33478 | 601 E. PRATT STREET 6TH FLOOR BALTIMORE MD 21202 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration   [ ] Mass Tort   [ ] Commerce   [ ] Settlement<br>[X] Jury   [ ] Savings Action   [ ] Minor Court Appeal   [ ] Minors<br>[ ] Non-Jury   [ ] Petition   [ ] Statutory Appeals   [ ] W/D/Survival<br>[ ] Other: |

CASE TYPE AND CODE
2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
JUN 27 2025
S. RICE

IS CASE SUBJECT TO COORDINATION ORDER?   YES   NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: GARY COHEN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| KEVIN RILEY | 1818 MARKET ST SUITE 2400 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)246-9268 | none entered | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 330560 | kriley@lundylaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| KEVIN RILEY | Friday, June 27, 2025, 03:52 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

LUNDY LAW, LLP  
By: Kevin J. Riley, Esq.  
Identification No.: 330560  
1818 Market Street, Suite 2400  
Philadelphia, PA  19103-3659  
(215) 246-9268  
kriley@lundylaw.com  

Attorney for Plaintiff

*Filed and Attested by the Office of Judicial Records 27 JUN 2025 03:52 pm*

ASSESSMENT OF DAMAGES HEARING

[X] IS [ ] IS NOT REQUIRED

[ X ] Jury [ ] Non-Jury [ ] Arbitration

| | |
|---|---|
| Gary Cohen<br>246 Tresana Boulevard<br>Unit 80<br>Jupiter, FL 33478<br>United States<br><br>                              *Plaintiff*<br>         vs.<br><br>Stadium Casino RE, LLC dba Live  Casino &  Hotel Philadelphia<br>601 E Pratt Street 6th Floor<br>Baltimore, Md 21202<br><br>                              *Defendant* | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>Trial Division<br><br><br>NO. |

NOTICE TO DEFEND  
MVA 2V

| **NOTICE** | **AVISO** |
|---|---|
| ``You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>``YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | `Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>``LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| **Philadelphia Bar Association**<br>**Lawyer Referral and Information Service**<br>**One Reading Center**<br>**Philadelphia, Pennsylvania 19107**<br>**(215) 238-6333**<br>**TTY (215) 451-6197** | **Asociacion De Licenciados**<br>**De Filadelfia Servicio De Referencia E**<br>**Informacion Legal**<br>**One Reading Center**<br>**Filadelfia, Pennsylvania 19107**<br>**(215) 238-6333**<br>**TTY (215) 451-6197** |

Case ID: 250603394

| | |
|---|---|
| LUNDY LAW, LLP<br>By: Kevin J. Riley, Esq.<br>Identification No.: 330560<br>1818 Market Street, Suite 2400<br>Philadelphia, PA  19103-3659<br>(215) 246-9268<br>kriley@lundylaw.com | Attorney for Plaintiff<br><br>ASSESSMENT OF DAMAGES HEARING<br><br>[X] IS [   ] IS NOT REQUIRED<br>[ X ] Jury [ ] Non-Jury [  ] Arbitration |
| Gary Cohen<br>246 Tresana Boulevard<br>Unit 80<br>Jupiter, FL 33478<br>United States<br><p align="center">*Plaintiff*</p>    vs.<br><br>Stadium Casino RE, LLC dba Live  Casino &  Hotel Philadelphia<br>601 E Pratt Street 6th Floor<br>Baltimore, Md 21202<br><br><br><p align="center">*Defendants*</p> | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>Trial Division<br><br><br>,<br><br>NO. |

<u>COMPLAINT</u>

1. Plaintiff, Gary Cohen, is an adult individual who resides at the address noted in the caption.

2. Defendant, Stadium Casino RE, LLC dba Live Casino & Hotel Philadelphia ("Live Casino"), is a limited liability corporation that is registered to do business in Pennsylvania with a place of business located at the address noted in the caption and that regularly conducts business in Philadelphia County, Pennsylvania.

3. At all times relevant hereto, Defendant owned, operated, leased, maintained, managed, supervised, possessed, and controlled the Live Casino & Hotel Philadelphia located at 900 Packer Ave, Philadelphia, PA 19148 ("the premises").

4. At all times relevant hereto, there was a dangerous and/or hazardous condition in the

Case ID: 250603394

nature of a clear glass panel with no visible markings, decals, warnings, or other visual indicators to alert patrons of its presence, rendering it a dangerous and defective condition.

5. At all times relevant hereto, Defendant was enshrined with the duty to keep the premises free and clear of dangerous conditions.

6. At all times relevant hereto, Defendant was aware that this dangerous condition was a dangerous and defective condition.

7. At all times material hereto, Defendant acted and/or failed to act by and through its respective agents, servants, workmen, and/or employees.

8. On, May 2, 2024, at approximately 6:30 a.m., Plaintiff, Gary Cohen, was an invitee on Defendant's premises when he walked into the glass doors at the souvenir shop on the premises, and he sustained personal injuries more fully set forth at length below.

9. As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff, Gary Cohen, has suffered severe and permanent injuries to his body which include, but are not limited to, direct trauma to the bridge of his nose, traumatic brain injury, concussion, post-concussion syndrome, significant bleeding from the nose, lightheadedness, and dizziness.

10. As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff, Gary Cohen, suffered internal injuries of an unknown nature, he suffered severe aches, pains, mental anxiety and anguish and a severe shock to his entire nervous system and other injuries the full extent of which is not yet known.

11. As a direct and proximate result of the aforesaid negligence of Defendants, Plaintiff, Gary Cohen, sustained an aggravation and/or exacerbation of injuries both known and unknown. He has in the past and will in the future undergo severe pain and is unable to attend to his usual duties and occupation, all to his great financial detriment and loss.

12. As a direct and proximate result of the negligence of Defendant, Plaintiff, Gary Cohen, has been compelled to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purpose in the future.

13. As a direct and proximate result of the negligence of Defendants, Plaintiff, Gary Cohen, has been prevented from attending to his usual daily activities and duties, and may be so prevented for an indefinite period of time in the future, all to his great detriment and loss.

14. As a direct and proximate result of the negligence of Defendants, Plaintiff, Gary Cohen, has suffered physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

## COUNT I
### Plaintiff, Gary Cohen v. Defendant, Stadium Casino RE, LLC dba Live Casino & Hotel Philadelphia

15. Plaintiff, Gary Cohen, incorporates herein by reference the allegations contained in the above paragraphs as though the same was herein set forth at length.

16. The aforesaid act was caused as a direct and proximate result of the carelessness and negligence of Defendant by and through its agents, servants, workmen, and/or employees and consisted of the following:

    a. failing to warn and/or adequately warn individuals of said dangerous, defective, and hazardous condition on the premises;

    b. causing and/or permitting a dangerous and hazardous condition to exist without any warning signs, which Defendant knew or should have known caused an unreasonable risk of harm to business invitees;

    c. failing to properly and adequately maintain the premises so as to prevent the

dangerous and hazardous condition to exist;

d. failing to property and adequately police and inspect the premises so as to prevent the dangerous and hazardous condition to exist;

e. failing to place visible markings, stickers, or warnings on the clear glass door;

f. failing to warn invitees, including Plaintiff, of the dangerous condition posed by the unmarked glass door;

g. failing to protect the safety of invitees as it relates to the above acts of negligence;

h. causing, allowing and/or permitting the dangerous condition on the premises, so as to constitute a menace, danger, nuisance and trap to invitees on the subject premises; and

i. failing to properly perform its statutory, common law, industry standard and ordinance duties as it relates to the above acts of negligence.

WHEREFORE, Plaintiff, Gary Cohen, demands judgment in his favor against Defendant, individually, jointly, and/or severally in a sum in excess of Fifty Thousand Dollars ($50,000.00) plus pre and post judgment interest and all other relief allowed by law.

LUNDY LAW, LLP

Date: June 27, 2025          BY: _____

Kevin Riley, Esquire
Attorney for Plaintiff, Gary Cohen

Case ID: 250603394

## **V E R I F I C A T I O N**

    I, Gary Cohen, hereby state that I am the plaintiff in this action and verify that the statements made in the foregoing ___Civil Action Complaint_____ _____ are true and correct to the best of my knowledge, information and belief. I understand that the statements therein are made subject to the penalties of 18 PA. C.S.A. §4904 relating to unsworn falsification to authorities.

_____
GARY COHEN

Date: 06/24/2025